# ELECTRONIC RECORD

1646-14

COA # 05-13-00627-CR          OFFENSE: 19.02

STYLE: Deon Reese Evans v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     AFFIRM          TRIAL COURT: 291st Judicial District Court

DATE: 11/18/2014          Publish: NO   TC CASE #:     F-1228191-U

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Deon Reese Evans v. The State of Texas          CCA #: 1646-14

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 03/04/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**